UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 07 CV 3284

LOUIS NICOLOSI,

          Plaintiff,    AFFIDAVIT OF SERVICE
- against -              OF SUMMONS AND
                      COMPLAINT

THE CITY OF NEW YORK and AMEC CONSTRUCTION,
MANAGEMENT, INC., ET AL.,
          Defendants.

STATE OF NEW YORK, COUNTY OF NEW YORK SS:

  The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age with a business address at 120 Broadway, New York, New York 10271.

  That on **APRIL 27, 2007 at 11:07 A.M.** at **100 CHURCH STREET, NEW YORK, NEW YORK**
deponent served the within **SUMMONS AND COMPLAINT** on: **THE CITY OF NEW YORK**

\_\_\_\_\_ Individual by delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**XXXX** Corporation a municipal corporation, by delivering thereat a true copy of each to **MS. SANTANA** personally, deponent knew said corporation so served to be the corporation described in said **SUMMONS AND COMPLAINT** as said defendant and knew said individual to be **DOCKETING CLERK** thereof

\_\_\_\_\_ Suitable Age Person by delivering ther at a true copy of each to     a person of suitable age and discretion. Said premises is defendant's - actual place of business, dwelling place, ususal place of abode within the state.

\_\_\_\_\_ Affixing to Door, etc. by affixing a true copy of each to the door of said premises, which is defendant's actual place of business – dwelling place - usual place of abode – within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and and discretion thereat, having called there

Mailing to Residence use with 3 or 4 Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at     and deposited said envelope In an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

Mailing to business Use with 3 or 4 Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business at In an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Person and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Description
Use with 1, 2 or 3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| \_\_\_ Male | \_\_\_ White Skin | **XXX** Black Hair | \_\_\_ White Hair | \_\_\_ 14-20 Yrs. | \_\_\_ Under 5" | \_\_\_ Under 100 lbs |
| **XXX** Female | \_\_\_ Black Skin | \_\_\_ Brown Hair | \_\_\_ Balding | \_\_\_ 21-35 Yrs. | \_\_\_ 5'0" 5'3" | **XXX** 100-130 lbs |
| | \_\_\_ Yellow skin | \_\_\_ Blond Hair | \_\_\_ Mustache | **XXXX** 36-50 Yrs. | **XXX** 5'4" 5'8" | \_\_\_ 131-160 Lbs. |
| | **XXX** Brown skin | \_\_\_ Gray Hair | \_\_\_ Beard | \_\_\_ 51-65 Yrs. | \_\_\_ 5'9"-6'0" | \_\_\_ 161-200 Lbs. |
| | \_\_\_ Red skin | \_\_\_ Red Hair | \_\_\_ Glasses | \_\_\_ Over 65 Yrs. | \_\_\_ Over 6" | \_\_\_ Over 200 Lbs. |

  Other identifying features:

Use in NYC Civil Ct.
Military Service

The words "CONSUMER CREDIT TRANSACTION" were properly displayed at the top of the summon(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).
I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal Statutes.

Sworn to before me this 27TH day of APRIL, 2007.

_____
NOTARY PUBLIC

BARBARA STERLING
Notary Public, State of New York
No. 24-4962776
Qualified in Kings County
Commission Expires 02-26-10

_____
KENNETH GRAHAM

0980098
License No